UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-03926-MWF-ACCV** | Date: | August 19, 2026 |
| Title: | ***Flores v. Warden Adelanto ICE Processing Center, et al.*** | | |

Present: The Honorable **Angela C. C. Viramontes, United States Magistrate Judge**

| | |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings (IN CHAMBERS):** **ORDER RE NOTICE OF APPEARANCE OR REASSIGNMENT RE FPD [DKTS. 9, 14]**

On July 14, 2026, proceeding *pro se*, Victoria Lugo Flores ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (Dkt. 1.) Petitioner filed a declaration in support of her Petition and filed a Ex Parte Application for Temporary Restraining Order ("TRO Application") the same day. (Dkts. 2, 3.) On July 14, 2026, the Court issued Notice of General Order 26-05 and Briefing Schedule. (Dkt. 5.) On July 15, 2026, the Court denied Petitioner's TRO Application. (Dkt. 7.)

Respondents filed their answer to the Petition on July 21, 2026. (Dkt. 8.) On July 22, 2026, the Court issued an Order referring the case to the Federal Public Defender ("FPD") to consider for appointment of counsel. (Dkt. 9.) Petitionioner filed his reply with a memorandum of law in support of his Petition on July 24, 2026. (Dkts. 12, 13.) The FPD appeared in this case on August 18, 2026. (Dkt. 14.) In light of the recent development, the Court ORDERS the parties to:

- Meet and confer on or before August 24, 2026 to discuss whether Petitioner intends to proceed on the Petition (Dkt. 1) or if Petitioner intends to file an amended petition.

- If Petitioner intends to file an amended petition, the Court ORDERS the parties to file a Status Report that includes the agreed upon briefing schedule on or before August 26, 2026. If Petitioner does not intend to file an amended petition, the matter will be considered submitted at the on August 26, 2026.

**IT IS SO ORDERED.**